## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

KIMBERLY STRICKLAND

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

25-604-SDD-RLB

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated May 26, 2026, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motion (R. Doc. 27) is **GRANTED** and this case is **REVERSED** and **REMANDED** for further administrative proceedings in accordance herewith.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED**, reserving Plaintiff's right to subsequently file an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on this _22_ day of July, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 27.
[2] Rec. Doc. 28.